UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOSE ZAPATA,<br><br>    Plaintiff,<br><br>v.<br><br>CLARK DUCART, et al.,<br><br>    Defendants. | Case No. 17-cv-02557-EMC  (RMI)<br><br>**REPORT OF PRO SE PRISONER**<br>**EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 5, 2019, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    (X)  Plaintiff, Jose Zapata, Pro Se.

    ( )  Warden or warden's representative

    (X)  Office of the California Attorney General, William Buranich.

    ( )  Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3)  The outcome of the proceeding was:

    ( X )  The case has been completely settled.

    (  )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: August 5, 2019

_____
ROBERT M. ILLMAN
United States Magistrate Judge